UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In The Matter of the Arbitration of Certain
Controversies Between

SCIENCE APPLICATIONS
INTERNATIONAL CORP.,

                          Petitioner,

   and

THE HELLENIC REPUBLIC,

                          Respondent.

Civil Action No. 13-cv-1070-GK

**Order**

    Upon the consent motion of respondent The Hellenic Republic to modify the briefing schedule that was previously set with respect to the petitioner's motion to confirm and enforce the arbitration award at issue in this case and with respect to the respondent's planned cross-motion to deny confirmation and enforcement and to dismiss the petition, it is this __ day of October, 2014,

    ORDERED that the motion be and hereby is granted; and it is further

    ORDERED that current briefing schedule be and hereby is modified as follows:

|  | **Existing deadline** | **Revised deadline** |
|---|---|---|
| Respondent's opposition and cross-motion to dismiss or deny enforcement | October 23, 2014 | November 17, 2014 |
| Petitioner's reply and opposition to cross-motion | November 12, 2014 | December 17, 2014 |
| Respondent's reply on its cross-motion only | December 2, 2014 | January 6, 2015 |

    AND IT IS FURTHER ORDERED that this order is without prejudice to the respondent's right to move to extend the deadline for the reply in support of its cross-motion only, with

the understanding that the petitioner reserves the right to decide at that time what position to take

regarding such a request.

Gladys Kessler
Senior United States District Judge