IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration of Certain Controversies between<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,<br><br>                    Petitioner,<br><br>and<br><br>THE HELLENIC REPUBLIC,<br><br>                    Respondent. | Civil Action No. 1:13-cv-01070-GK |

## JOINT STATUS REPORT

Pursuant to the Court's November 6, 2015 Order (ECF No. 38), Petitioner Leidos, Inc. (formerly Science Applications International Corporation) and Respondent the Hellenic Republic hereby respectfully submit this joint status report.

Petitioner's appeal of the decision of the Athens Court of Appeals dated June 18, 2014 to annul the International Chamber of Commerce, International Court of Arbitration award dated July 2, 2013 remains pending in the Supreme Court of the Hellenic Republic and the parties summarize recent significant developments.

On December 3, 2015, the Reporting Judge in the case issued his Advisory Opinion. A true and correct copy of the Advisory Opinion in the original Greek and certified English

translation is attached as Exhibit 1.[1]  In the Advisory Opinion, the Reporting Judge recommends as follows: "I propose the acceptance of the first ground and the second part of the third ground for the appeal, and the dismissal of the second ground and the first part of the third ground for appeal."  Exhibit 1, Advisory Opinion, Certified English translation at 4.  Leidos states that the Advisory Opinion recommends overturning the annulment decision on the grounds that the Appeals Court improperly retried the arbitration on the merits.  *See id.* at 2, 3.  The Hellenic Republic states that its counsel in this case (who have had no role in the Greek proceedings) do not have sufficient information about the Greek proceedings to evaluate that characterization of the Advisory Opinion, other than to note that Opinion does not use the word "overturn" or otherwise describe what the consequences would be of taking the action it recommends.  The Hellenic Republic therefore does not join in Leidos' statement.

     The Advisory Opinion states in part:

> Subsequently, the Court of Appeal, on the basis of these assumptions, accepted the complaint as well founded and annulled, for the aforementioned reasons, the disputed arbitration decision. However, in this way that the Court of Appeal decided, which arrived at a conclusion upon assessing the evidence as if it was in the position of a civil division Appellate Court adjudicating on the merits of the case on an appellate level, and not by reviewing the operative part and the rationale of the majority of the arbitration decision, which supports its findings, as admissibly reviewed by the Supreme Court while inquiring into the grounds for the appeal, violated the provisions of articles 34 par. 2 subpar. b case bb of law 2735/1999 and article 33 of the Civil Code, without accepting that the true facts constituting "the proof from the findings" on committing an act of investment corruption, mainly through bribes paid to public officials, both in the award and in the execution and delivery of the Athens 2004 C4I Olympic Games project, also constitute assumptions of the disputed arbitration decision, but also

---

1. Respondent has not yet had a chance to review the accuracy of the translation, which was obtained by Petitioner, and therefore reserves the right to submit an alternative certified translation if it believes that it is necessary to do so.

> without citing the same assumptions. Therefore, the first ground for the appeal per article 559 no. 1 of the Code of Civil Procedure and the third ground for the appeal, as far as its second part, per article 559 no. 1 of the Code of Civil Procedure (by proper evaluation), are well founded.

*Id.* at 3.

The Reporting Judge, Iosif Tsalanganidis, is one of the five Justices of the Supreme Court who will decide this case. However, his Advisory Opinion is not binding on the Court.

The Supreme Court of Greece heard oral arguments earlier today, December 14, 2015. The parties were asked to submit post-hearing briefs by December 17, 2015. The five justices took the case under advisement.

Dated: December 14, 2015

Respectfully submitted,

| | |
|---|---|
| s/ Allen B. Green | /s/ Neal Goldfarb (*with authorization*) |
| Allen B. Green (D.C. Bar No. 222158) | Neal Goldfarb (D.C. Bar No. 337881) |
| William T. O'Brien (D.C. Bar No. 450891) | Butzel Long, PC |
| Ivan W. Bilaniuk (D.C. Bar. No. 494315) | 1747 Pennsylvania Ave., N.W., Suite 300 |
| DENTONS US LLP | Washington, D.C. 20006 |
| 1900 K Street, N.W. | goldfarb@butzel.com |
| Washington, D.C. 20006 | (202) 454-2800 |
| Telephone: (202) 496-7500 | |
| Fax: (202) 496-7756 | |
| allen.green@dentons.com | |
| | |
| *Attorneys for Petitioner Leidos, Inc. (formerly Science Applications International Corporation)* | *Attorneys for Respondent The Hellenic Republic* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2015, a true and correct copy of the foregoing JOINT STATUS REPORT and one exhibit were electronically filed with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

Neal Goldfarb, Esq.
Butzel Long, PC
1747 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006
goldfarb@butzel.com
(202) 454-2800
*Attorneys for Respondent The Hellenic Republic*

    /s/ Allen B. Green
Allen B. Green (D.C. Bar No. 222158)
DENTONS US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Fax: (202) 496-7756
allen.green@dentons.com

*Attorneys for Petitioner*
*Leidos, Inc. (formerly Science Applications International Corporation)*