IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration of Certain Controversies between<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,<br><br>     Petitioner,<br><br>and<br><br>THE HELLENIC REPUBLIC,<br><br>     Respondent. | Civil Action No. 1:13-cv-01070-EGS |

## PETITIONER LEIDOS'S REPORT IN RESPONSE TO THE COURT'S APRIL 23, 2018 MINUTE ORDER

Petitioner Leidos, Inc. (formerly Science Applications International Corporation) ("Leidos"), by and through its below-signed counsel, hereby submits this Report[1] in response to the Court's April 23, 2018 Minute Order and states:

1. Leidos respectfully requests that the Court enter the proposed order attached as **Exhibit 1**, and the proposed judgment attached as **Exhibit 2**, which are consistent with the mandate from the U.S. Court of Appeals for the District of Columbia Circuit.

2. Leidos reserves its right to seek discovery in aid of execution pursuant to Fed. R. Civ. P. 69 if the Hellenic Republic does not promptly pay the judgment in full.

---

[1] The Court requested a Joint Status Report, but Petitioner could not get a timely response from Respondent.

Dated: May 7, 2018                                   Respectfully submitted,

                                            DENTONS US LLP

                                            */s/ Allen B. Green*
                                            Allen B. Green (D.C. Bar No. 222158)
                                            William T. O'Brien (D.C. Bar No. 450891)
                                            John W. Lomas, Jr. (D.C. Bar No. 976555)
                                            Ivan W. Bilaniuk (D.C. Bar No. 494315)
                                            1900 K Street, N.W.
                                            Washington, D.C. 20006
                                            Telephone: (202) 496-7500
                                            Fax: (202) 496-7756
                                            allen.green@dentons.com
                                            william.obrien@dentons.com
                                            john.lomas@dentons.com
                                            ivan.bilaniuk@dentons.com

                                            *Attorneys for Petitioner Leidos, Inc.*
                                            *(formerly Science Applications International Corporation)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2018, a true and correct copy of the foregoing **PETITIONER LEIDOS'S REPORT IN RESPONSE TO THE COURT'S APRIL 23, 2018 MINUTE ORDER** was electronically filed with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

Neal Goldfarb, Esq.
Butzel Long, PC
1909 K Street, N.W., Suite 500
Washington, D.C. 20006
goldfarb@butzel.com
(202) 454-2800
*Attorney for Respondent The Hellenic Republic*

Rohit Dwarka Nath, Esq.
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 616-8098
rohit.d.nath@usdoj.gov
*Attorney for Interested Party The United States of America*

> */s/ Allen B. Green*
> Allen B. Green (D.C. Bar No. 222158)
> DENTONS US LLP
> 1900 K Street, N.W.
> Washington, D.C. 20006
> Telephone: (202) 496-7500
> Fax: (202) 496-7756
> allen.green@dentons.com
> *Attorneys for Petitioner*
> *Leidos, Inc. (formerly Science Applications International Corporation)*