IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration of Certain Controversies between<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,<br><br>Petitioner,<br><br>and<br><br>THE HELLENIC REPUBLIC,<br><br>Respondent. | Civil Action No. 1:13-cv-01070-EGS<br><br>**FILED**<br>MAY 29 2018<br>Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

### ORDER ON REMAND FROM
### THE U.S. COURT OF APPEALS FOR
### THE DISTRICT OF COLUMBIA CIRCUIT

This case is before the Court on remand from the United States Court of Appeals for the District of Columbia Circuit. In compliance with that court's mandate, and upon consideration of the parties' joint submission, it is hereby

ORDERED that the amended judgment that was entered in this case on April 18, 2017 (Doc. No. 61) be and here by is vacated; and it is further

ORDERED that judgment be entered, *nunc pro tunc* as of January 6, 2017, providing as follows:

> Judgment is entered in favor of Petitioner Leidos, Inc. and against the Hellenic Republic, in the amount of €47,933,905.64 plus $196,531.51, as well as post-judgment interest at the statutory rate mandated by 28 U.S.C. § 1961 on the money judgment, beginning from the Entry of Judgment on January 6, 2017, until the date of payment.

AND IT IS FURTHER ORDERED that any motion from the Respondent seeking a ruling that the judgment is subject to the District of Columbia Uniform Foreign-Money Claims



Act, D.C. Code §§ 15-901 *et seq*, including but not limited to the provisions of § 15-906 regarding payment of the judgment, shall be filed no later than May 18, 2018.

_____
Emmet G. Sullivan
United States District Judge
Dated: May 22, 2018