AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia



**FILED**
MAY 29 2018
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Science Applications International, Petitioner )
*Plaintiff* )
v. ) Civil Action No. 13-1070 (EGS)
Hellenic Republic )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of Petitioner Leidos, Inc. and against the Hellenic Republic, in the amount of €47,933,905.64 plus $196,531.51, as well as post-judgment interest at the statutory rate mandated by 28 U.S.C. § 1961 on the money judgment, beginning from the Entry of Judgment on January 6, 2017, until the date of payment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Emmet G. Sullivan _____ on a motion for MANDATE of United States Court Of Appeals (USCA Case Number 17-7082) [Dkt. No. 64]

Date: 1/6/2017
Per Order Filed on 5/29/2018

ANGELA D. CAESAR, CLERK OF COURT

*Mark Coates, Deputy Clerk*
Signature of Clerk or Deputy Clerk