IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration of Certain Controversies between<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,<br><br>      Petitioner,<br><br>and<br><br>THE HELLENIC REPUBLIC,<br><br>      Respondent. | Civil Action No. 1:13-cv-01070-EGS |

**STIPULATION AND ORDER**

The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, this case is before the Court on remand from the United States Court of Appeals for the District of Columbia Circuit;

WHEREAS, pursuant to the Court of Appeals' Mandate, the Court has vacated the amended judgment that was entered in this case on April 18, 2017 (Dkt. No. 61); and has entered judgment, *nunc pro tunc* as of January 6, 2017,:

> Judgment is entered in favor of Petitioner Leidos, Inc. and against the Hellenic Republic, in the amount of €47,933,905.64 plus $196,531.51, as well as post-judgment interest at the statutory rate mandated by 28 U.S.C. § 1961 on the money judgment, beginning from the Entry of Judgment on January 6, 2017, until the date of payment.;

WHEREAS, the Parties stipulate and agree that any U.S. dollar payments and recoveries toward the judgment should first be applied to the portion of the judgment that is in U.S. dollars and next applied to the portion of the judgment that is in Euros, and that any Euro payments and

1

recoveries toward the judgment should first be applied to the portion of the judgment that is in Euros and next applied to the portion of the judgment that is in U.S. dollars;

AND

WHEREAS, the Parties stipulate and agree that in exchange for the Respondent Hellenic Republic withdrawing its Motion for Ruling that the Judgment in this Case is Subject to the District of Columbia Uniform Foreign-Money Claims Act, filed on May 18, 2018 (Dkt. No. 67), any payments in United States dollars toward the portion of the judgment denominated in Euros (including funds in the form of United States dollars that are recovered by Petitioner Leidos as a result of enforcement efforts) shall be accepted and credited on that portion of the judgment, in the amount of the Euros that could be purchased by the dollars at a bank-offered spot rate of exchange at or near the close of business on the banking day next before the day of payment;

IT IS HEREBY:

ORDERED that the Motion of Respondent Hellenic Republic for Ruling that the Judgment in this Case is Subject to the District of Columbia Uniform Foreign-Money Claims Act, filed on May 18, 2018 (Dkt. No. 67), is deemed to have been withdrawn and is terminated; and

ORDERED that any payment in United States dollars toward the judgment (including funds in the form of United States dollars that are recovered by Petitioner Leidos as a result of enforcement efforts) shall first be applied and credited on the portion of the judgment denominated in U.S. dollars and next applied and credited on the portion of the judgment denominated in Euros; and any payment in Euros toward the judgment (including funds in the form of Euros that are recovered by Petitioner Leidos as a result of enforcement efforts) shall

first be applied and credited on the portion of the judgment denominated in Euros and next applied and credited on the portion of the judgment denominated in U.S. dollars; and

ORDERED that any payments in United States dollars toward the portion of the judgment denominated in Euros (including funds in the form of United States dollars that are recovered by Petitioner Leidos as a result of enforcement efforts) shall be accepted and credited on that portion of the judgment, in the amount of the Euros that could be purchased by the dollars at a bank-offered spot rate of exchange at or near the close of business on the banking day next before the day of payment.

Dated: June 8, 2018                              Respectfully submitted,

For Petitioner Leidos, Inc.:                     For Respondent the Hellenic Republic:

DENTONS US LLP                                   BUTZEL LONG, PC

 */s/ Allen B. Green*                             */s/ Neal Goldfarb*
Allen B. Green (D.C. Bar No. 222158)             Neal Goldfarb (D.C Bar No. 337881)
William T. O'Brien (D.C. Bar No. 450891)         1909 K Street, N.W., Suite 500
John W. Lomas, Jr. (D.C. Bar No. 976555)         Washington, D.C. 20006
1900 K Street, N.W.                              Telephone: (202) 454-2800
Washington, D.C. 20006                           goldfarb@butzel.com
Telephone: (202) 496-7500
Fax: (202) 496-7756
allen.green@dentons.com
william.obrien@dentons.com
john.lomas@dentons.com


**SO ORDERED.**

_____
Emmet G. Sullivan
United States District Judge
Dated: June  \_\_, 2018